

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00002-CV

_____

IN RE:  KENNETH VERN GIBBS AND CANDACE GIBBS WALTON

Original Mandamus Proceeding

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

On January 12, 2015, Kenneth Vern Gibbs and Candace Gibbs Walton, Relators, filed a petition for writ of mandamus and a motion for emergency stay. The emergency motion requests that this Court stay any and all underlying proceedings and discovery in the trial court pending this Court's ruling on the petition for writ of mandamus.

After reviewing the petition and the motion for emergency stay, this Court is of the opinion that the relief requested in the emergency motion should be granted. Accordingly, all proceedings and discovery in the trial court should be stayed pending the ruling of this Court on the petition for writ of mandamus.

Now, therefore, it is ordered that all proceedings and discovery, including, but not limited to, any proceedings on any matters scheduled for hearing on January 29, 2015, in cause number CV-14-41665 in the 336th Judicial District Court of Fannin County, Texas, shall be stayed pending this Court's determination of the petition for writ of mandamus.

IT IS SO ORDERED.

BY THE COURT

Date: January 15, 2015